# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:  Case no.: 19-26762-ABA

Abbas Ali Nouri Moussavi &  Chapter: 13
Mehrnoush Shabani

Judge: Andrew B. Altenburg, Jr.

Debtor(s)

## AMENDMENT TO SCHEDULE D, E or F
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ☐ Schedule D - Creditors holding secured claims
- ☐ Schedule E - Creditors holding unsecured priority claims
- ☒ Schedule F - Creditors holding unsecured claims
- ☒ List of Creditors (Matrix)

The schedule or list indicated above, having been previously filed, is amended as follows: (List name and address of creditors being added or deleted and indicate same; please use separate sheet if necessary)

ADDED:

Advanced Shore Imaging Assoc.
PO Box 6750
Portsmouth, NH 03802-6750

Horizon Eye Care
2401 Bay Ave.
Ocean City, NJ 08226

Larry J. Kaufman, MD, LLC
2500 English Creek Ave.
Ste 604
Egg Harbor Twp., NJ 08234-5587

Publishers Clearing House
PO Box 6344
Harlan, IA 51593-1844

I hereby certify under penalty of perjury that the above information is correct.

Dated: 09.13.19    Debtor's signature: M. Shabani

Dated: 9-13-2019   Debtor's signature: A. Nouri Moussavi

If new creditors are being added as a result of this amendment, you must attach a matrix containing only those creditors being added.

Rev.04/22/08.jml

Advanced Shore Imaging Assoc.
PO Box 6750
Portsmouth, NH 03802-6750

Horizon Eye Care
2401 Bay Ave.
Ocean City, NJ 08226

Larry J. Kaufman, MD, LLC
2500 English Creek Ave.
Ste 604
Egg Harbor Twp., NJ 08234-5587

Publishers Clearing House
PO Box 6344
Harlan, IA 51593-1844