| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Carrington Mortgage Services, LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A<br>R.A. LEBRON, ESQ.<br>254EGU<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ABBAS ALI NOURI MOUSSAVI<br>aka ABBASALI NOURI MOUSSAVI<br>aka ABBAS NOURI NOURI MOUSSAVI<br>aka ABBASALI NOURI NOURI MUSSAVI<br>aka ABBAS ALI NOURI MOUSSAVI<br>aka ABBAS ALI<br>aka ABBAS A NOURI and<br>MEHRNOUSH SHABANI<br><br>  Debtor(s). | Case No.:  19-26762 ABA<br><br>Hearing Date: July 13, 2021<br><br>Judge:  Hon. Andrew B. Altenburg, Jr.<br><br>**NOTICE OF MOTION TO AUTHORIZE LOAN MODIFICATION** |

PLEASE TAKE NOTICE that on **July 13, 2021 at 10:00am** or as soon thereafter as counsel may be heard, the undersigned, attorneys for the secured creditor, Carrington Mortgage Services, LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A, will move before United States Bankruptcy Judge, Hon. Andrew B. Altenburg, Jr., 400 Cooper St, 4th Floor, Courtroom 4B Camden, NJ 08101 for an Order Authorizing Loan Modification, with respect to the Debtor's property located at 26 EQUESTRIAN ROAD, EGG HARBOR, NJ 08234.

Dated: 06/04/2021

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Secured Creditor,
Carrington Mortgage Services, LLC,
as servicer for WILMINGTON SAVINGS
FUND SOCIETY, FSB, AS TRUSTEE OF
UPLAND MORTGAGE LOAN TRUST A

/s/ R.A. Lebron, Esq.
R.A. LEBRON, ESQ.