| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Carrington Mortgage Services, LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A<br>R.A. LEBRON, ESQ.<br>254EGU<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ABBAS ALI NOURI MOUSSAVI<br>aka ABBASALI NOURI MOUSSAVI<br>aka ABBAS NOURI NOURI MOUSSAVI<br>aka ABBASALI NOURI NOURI MUSSAVI<br>aka ABBAS ALI NOURI MOUSSAVI<br>aka ABBAS ALI<br>aka ABBAS A NOURI and<br>MEHRNOUSH SHABANI<br><br>  Debtor(s). | Case No.:  19-26762 ABA<br><br>Hearing Date: July 13, 2021<br><br>Judge:  Hon. Andrew B. Altenburg, Jr.<br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH "LOCAL RULES OF BANKRUPTCY PRACTICE" RULE 9013-2** |

The Movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Dated: 06/04/2021

FEIN, SUCH, KAHN & SHEPARD, P.C.
Attorneys for Secured Creditor,
Carrington Mortgage Services, LLC,
as servicer for WILMINGTON SAVINGS
FUND SOCIETY, FSB, AS TRUSTEE OF
UPLAND MORTGAGE LOAN TRUST A

/s/ R.A. Lebron, Esq.
R.A. LEBRON, ESQ.