UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Carrington Mortgage Services, LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A
R.A. LEBRON, ESQ.
254EGU
bankruptcy@fskslaw.com

| In Re: | Case No.: 19-26762 ABA |
|---|---|
| ABBAS ALI NOURI MOUSSAVI aka ABBASALI NOURI MOUSSAVI aka ABBAS NOURI NOURI MOUSSAVI aka ABBASALI NOURI NOURI MUSSAVI aka ABBAS ALI NOURI MOUSSAVI aka ABBAS ALI aka ABBAS A NOURI and MEHRNOUSH SHABANI | Hearing Date: July 13, 2021 |
| | Judge: Hon. Andrew B. Altenburg, Jr. |
| Debtor(s). | |

**CERTIFICATION OF SERVICE**

1.  I, <u>Tracy Wilkins:</u>

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, PC,</u> who represents the <u>Secured Creditor, Carrington Mortgage Services, LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A</u> in this matter.

☐ am the _____ in the above case and am representing myself.

2. On <u>June 18, 2021</u>, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Notice of Motion to Approve Loan Modification Agreement, Certification(s), Exhibit(s), Statement Regarding Brief, Proposed Order, Certification of Service.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jorge F. Coombs<br>Youngblood Franklin Sampoli & Coombs<br>Cornerstone Commerce Center<br>1201 New Road<br>Suite 230<br>Linwood, NJ 08221 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| Evan S Goddard<br>PO Box 3227<br>12 S. Washington Avenue<br>Margate City, NJ 08402 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| Abbas Ali Nouri Moussavi<br>Mehrnoush Shabani<br>26 Equestrian Road<br>Egg Harbor Township, NJ 08234 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| VALERIE SMITH<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>SENIOR MANAGER<br>PO BOX 41021<br>NORFOLK, VA 23541 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u>(D.N.J. LBR 5005-1) |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>June 18, 2021</u>     /s/ Tracy Wilkins

Legal Assistant