| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Abbas Ali Nouri Moussavi
Mehrnoush Shabani

Case No.: __19-26762__

Chapter: __13__

Judge: __ABA__

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: __Joseph Youngblood__

This will confirm that on __10/14/2021__ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) __I,J__,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☐ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: __10/15/2021__          Jeanne A. Naughton, Clerk

*rev.1/4/17*

In re:                                                      Case No. 19-26762-ABA
Abbas Ali Nouri Moussavi                           Chapter 13
Mehrnoush Shabani
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                                     Page 1 of 2
Date Rcvd: Oct 15, 2021                      Form ID: pdf903                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol       Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Abbas Ali Nouri Moussavi, Mehrnoush Shabani, 26 Equestrian Road, Egg Harbor Township, NJ 08234-8005 |
| aty | + Evan S Goddard, PO Box 3227, 12 S. Washington Avenue, Margate City, NJ 08402-2334 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021                             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jorge F. Coombs | on behalf of Debtor Abbas Ali Nouri Moussavi jcoombs@youngbloodlegal.com |
| Jorge F. Coombs | on behalf of Joint Debtor Mehrnoush Shabani jcoombs@youngbloodlegal.com |
| Joseph L Youngblood | on behalf of Debtor Abbas Ali Nouri Moussavi Jgriffith@youngbloodlegal.com |

Joseph L Youngblood
    on behalf of Joint Debtor Mehrnoush Shabani Jgriffith@youngbloodlegal.com

R. A. Lebron
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8